IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FREDDIE MCLAURIN,

    Plaintiff,                             JUDGMENT IN A CIVIL CASE

v.                                          Case No. 14-cv-59-wmc

CCI UNIT 7 STAFF,

    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Freddie McLaurin's request for leave to proceed and dismissing this case without prejudice, subject to plaintiff's exhausting his administrative remedies.

| /s/ | 4/7/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |